IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNETTE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-601 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| ERIC K. SHINSEKI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 18, 2014, the Magistrate Judge issued a Report (Doc. 4) recommending that this case be dismissed without prejudice for Plaintiff's failure to follow the Court's Order directing her to pay a filing fee. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

This case is DISMISSED, without prejudice, based on Plaintiff's failure to follow the Court's Order directing her to pay the filing fee, and the Magistrate Judge's Report and Recommendation (Doc. 4) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


December 10, 2014                                       s\Cathy Bissoon
                                                                                       Cathy Bissoon
                                                                                       United States District Judge

cc (via First-Class U.S. Mail):

Shawnette Wright
802 North Lang Ave.
Pittsburgh, PA  15208